UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISON

GWENDOLYN VARRETT LEWIS                                    PLAINTIFF

V.                                    Civil Action No. 3:16-cv-00264-GHD-JMV

ALLIANCE HEALTH CARE SYSTEM, INC.                          DEFENDANT

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

Upon consideration of the file and records in this case, including the Report and

Recommendation [Doc. No. 31] of the United States Magistrate Judge dated December 1, 2017,

and the December 14, 2017 Objections to Report and Recommendation [Doc. No. 32], the court

finds that the Magistrate Judge's Report and Recommendation should be approved and adopted as

the opinion of the court. It therefore ordered:

1. That the Defendant's Objection [32] to the Magistrate Judge's Report and
   Recommendation [31] is OVERRULED;

2. That the Report and Recommendation [31] of the United States Magistrate Judge is
   hereby APPROVED AND ADOPTED as the opinion of this Court; and

3. That the Defendant's Motion for Summary Judgment [29] is DENIED.

SO ORDERED, this, the _18_ day of January, 2018.

SENIOR U.S. DISTRICT JUDGE